**Juan Carlos GUZMAN–CARRILLO, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 10–72507.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 29, 2011.*

Filed Sept. 2, 2011.

Robert Pauw, Gibbs Houston Pauw, Lori Kathleen Walls, Washington Immigration Defense Group, Seattle, WA, for Petitioner.

Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Bernard Joseph, U.S. Department of Justice, Washington, DC, for Respondent.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: HAWKINS, McKEOWN, and BEA, Circuit Judges.

ORDER \*\*

Respondent's Unopposed Motion to Remand to the Board of Immigration Appeals is GRANTED.

**REMANDED** with instructions that the removal proceedings be terminated. As stated in the unopposed motion, the parties shall bear their own attorneys' fees, costs and expenses, including any fees, costs or expenses compensable under the Equal Access to Justice Act.

This Order served on the agency shall act as and for the mandate of this court.

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.